UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-61293-RAR

**ANDREA O'MEALLY**,

      Plaintiff,

v.

**KILOLO KIJAKAZI**,
**Acting Commissioner of Social Security**,

      Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 27] ("Report"), filed on January 23, 2022. The Report recommends that the Court deny the Plaintiff's Motion for Summary Judgment [ECF No. 21] and grant Defendant's Motion for Summary Judgment [ECF No. 24]. *See* Report at 1. The Report properly notified the parties of their right to object to Magistrate Judge Strauss's findings and the consequences for failing to object. *Id.* at 13. The time for objections has passed and neither party filed any objections to the Report.

When a magistrate judge's "disposition" has properly been objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). However, when no party has timely objected, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 advisory committee's notes (citation omitted). Although Rule 72 itself is silent on the standard of review, the Supreme Court has acknowledged Congress's intent was to only require a *de novo* review where objections have been properly filed, not when neither party objects. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It

does not appear that Congress intended to require district court review of a magistrate [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Because no party has filed an objection to the Report, the Court did not conduct a *de novo* review of Magistrate Judge Strauss's findings. Rather, the Court reviewed the Report for clear error. Finding none, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report [ECF No. 27] is **AFFIRMED AND ADOPTED**.
2. Plaintiff's Motion for Summary Judgment [ECF No. 21] is **DENIED**.
3. Defendant's Motion for Summary Judgment [ECF No. 24] is **GRANTED**.
4. The Final Decision of the Commissioner is **AFFIRMED.**
5. Final judgment will be entered via separate order pursuant to Rule 58 of the Federal Rules of Civil Procedure.
6. The Clerk is directed to **CLOSE** this case.
7. Any other pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 8th day of February, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of record
      Magistrate Judge Jared M. Strauss